IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:03-CR-39-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSEPH THAYER BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the defendant for early termination of supervised release and for good cause shown, the court finds defendant has complied with the rules and regulations of supervised release and in no longer in need of supervision. Therefore, the court grants defendant's motion and hereby discharges defendant from supervision.

This 11th day of March 2015.

MALCOLM J. HOWARD
Senior U.S. District Judge

At Greenville, N.C.
#26